```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38192
   RICHARD C POKRACKI
   LORI C POKRACKI                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-7158     SSN XXX-XX-7722
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/14/04 and confirmed on 12/14/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  15871.32 .

    4.  The Trustee made disbursements to creditors as follows:

```
------------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG          .00             .00            .00
BECKET & LEE LLP           UNSECURED         14427.55             .00        1727.41
ROUNDUP FUNDING LLC        UNSECURED          9203.94             .00        1101.98
ROUNDUP FUNDING LLC        UNSECURED          5720.41             .00         684.90
ROUNDUP FUNDING LLC        UNSECURED         22624.77             .00        2708.86
CARDMEMBER SERVICES        UNSECURED         NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED         NOT FILED            .00            .00
CITIMORTGAGE INC           UNSECURED          2125.00             .00         254.43
B FIRST LLC                UNSECURED          7595.05             .00         909.35
DISCOVER BANK              UNSECURED         10515.44             .00        1259.01
ECAST SETTLEMENT CORPORA   UNSECURED         13834.21             .00        1656.37
ECAST SETTLEMENT CORPORA   UNSECURED          5410.17             .00         647.76
ECAST SETTLEMENT CORPORA   UNSECURED          4410.46             .00         528.06
ECAST SETTLEMENT CORPORA   UNSECURED         10853.05             .00        1299.43
ECAST SETTLEMENT CORPORA   UNSECURED          3959.02             .00         474.01
MICHAEL J NOETZEL DDS      UNSECURED         NOT FILED            .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED            .00            .00
WELLGROUP HEALTH           UNSECURED         NOT FILED            .00            .00
```
        Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00    110679.07         .00     110679.07
PRINCIPAL PAID            .00          .00     13251.57         .00      13251.57
INTEREST PAID             .00          .00          .00         .00            .00
TOTAL PAID                .00          .00     13251.57         .00      13251.57
```
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $     619.75 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　Dated: 02/12/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                           PAGE   2
        CASE NO. 04 B 38192 RICHARD C POKRACKI & LORI C POKRACKI